UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:  Case No. 18-00574-HAC-13
Angelo Stokes
    Debtor

| **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING** |
|---|
| The Court will consider this objection without further notice or hearing unless a party in interest files a written objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your WRITTEN objection stating the specific ground or grounds on which your objection is based, with the Clerk of the Court at 201 St. Louis Street, Mobile, AL 36602, and serve a copy on the movant, Chapter 13 Trustee, P. O. Box 1884, Mobile, AL 36633 and any other appropriate persons.<br><br>If you file and serve a written objection stating the specific ground or grounds on which your objection is based within the time permitted, the Court will schedule a hearing and you will be notified. IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED. |

### **OBJECTION TO CLAIM**

COMES NOW, Daniel B. O'Brien, Trustee for the Southern District of Alabama, by and through counsel, and files this Objection to Claim. In support of this objection to Trustee Claim #8, ECF Claim #6 the Trustee states the following:

Although the claim was filed electronically as INTERCOASTAL FINANCIAL LLC - ECF Claim #6, It appears the Claim is filed on the incorrect Case..

Given that the Trustee is unable to pay the Claim as filed, this objection is due to be sustained.

WHEREFORE, based on the fact that the Claim cannot be paid as filed, the Trustee requests that the claim be disallowed completely.

Dated: May 02, 2018                          /s/ Daniel B. O'Brien
                                                                        Daniel B. O'Brien
                                                                        Chapter 13 Trustee
                                                                        P. O. Box 1884
                                                                        Mobile, AL 36633

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:  Case No. 18-00574-HAC-13
Angelo Stokes
    Debtor

## CERTIFICATE OF SERVICE
## VIA NOTICE OF ELECTRONIC FILING OR U.S. MAIL

**By Electronic Notification:**
Richard Shinbaum
P.O. BOX 201
Montgomery, AL  36101-0201

Richard Shinbaum
P.O. BOX 201
Montgomery, AL  36101-0201

**By First Class Mail:**
Angelo Stokes
818 B Keesler Drive
Selma, AL  36701

INTERCOASTAL FINANCIAL LLC
7954 TRANSIT RD #144
WILLIAMSVILLE, NY  14221

Dated:  May 02, 2018  /s/  Daniel B. O'Brien
    Daniel B. O'Brien
    Chapter 13 Trustee
    P. O. Box 1884
    Mobile, AL  36633