UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:  CASE NO. 18-00574-HAC-13

Angelo Stokes

DEBTOR

## TRUSTEE'S MOTION TO DISMISS

Daniel B. O'Brien, Trustee in this Chapter 13 proceeding, respectfully moves the Court for an order dismissing this case for failure of the Debtor to file the following document(s) as required:

Summary of Amendments to increase the 1325 payment for Southern Auto Finance, Co.

WHEREFORE, the Trustee moves the Court for an order dismissing this case or for other orders as the Court deems appropriate.

DATED: May 10, 2018  /s/ Daniel B. O'Brien
 Daniel B. O'Brien
 CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

I certify that on May 10, 2018, I served a copy of the above motion to the parties listed as follows:

**By Electronic Notification:**

Richard Shinbaum
P.O. BOX 201
Montgomery, AL 36101-0201

**By First Class Mail:**

Angelo Stokes
818 B Keesler Drive
Selma, AL 36701

 /s/ Daniel B. O'Brien
 Daniel B. O'Brien
 CHAPTER 13 TRUSTEE